IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDHEALTH NURSING, LLC and DANILO
MALLARI,

         Plaintiffs,

    v.

TRACY VESSIGAULT, DIANA MARANA,
DORIS JORDAN, COLLEEN TRAYNOR,
and CAL. DEP'T PUBLIC HEALTH,

         Defendants.

No. C 13-4038 CW

ORDER GRANTING IN
PART PLAINTIFF'S
MOTION FOR
EXTENSION OF TIME
(Docket No. 30)

Plaintiff Danilo Mallari, proceeding pro se, moves for an extension of time to file his second amended complaint. Specifically, he requests a fourteen-day extension of time so that he can "secure additional vital documents and pieces of real evidence to support the filing of the second amended complaint" and "obtain the written statements of potential witnesses not available at the time the first complaint was filed." Docket No. 30, Mot. Ext. Time, at 8. Because Mallari does not need to submit any "real evidence" or "witness statements" with his amended pleading, a fourteen-day extension is not justified here. Nevertheless, the Court will grant him a brief extension of five days because he is proceeding pro se and may need additional time to prepare the complaint. Accordingly, Plaintiffs' second amended complaint is now due on or before March 17, 2014.

IT IS SO ORDERED.

Dated: 3/12/2014

CLAUDIA WILKEN
United States District Judge