IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDHEALTH NURSING, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-4038 CW<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AND DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS |

Plaintiff Danilo Mallari, proceeding pro se, seeks to appeal this Court's July 21, 2014, order dismissing this case with prejudice.  See Docket No. 44, Notice of Appeal.  He moves this Court for an extension of time to file his opening brief, see Docket No. 45, Motion for Extension of Time, and for leave to proceed with his appeal in forma pauperis (IFP).  See Docket No. 46, Motion for Leave to Proceed IFP.  For the reasons set forth below, Mallari's motions are DENIED.

I.    MOTION FOR EXTENSION OF TIME

Mallari seeks an additional fifteen (15) days' time to file his opening brief.  The motion is not properly before this Court.  The deadline for Mallari's opening brief will be set forth in the time schedule order issued by the Court of Appeals.[1]

II.   MOTION FOR LEAVE TO PROCEED IFP

"[A] party to a district court action who desires to appeal

---

[1] For additional information on proceeding pro se in the Court of Appeals, see After Opening a Case - Pro Se Appellants, http://cdn.ca9.uscourts.gov/datastore/uploads/file_an_appeal/case_opening-pro_se_appls.htm.

1 in forma pauperis must file a motion in the district court." Fed.
2 R. App. P. 24(a)(1). "An appeal may not be taken in forma
3 pauperis if the trial court certifies in writing that it is not
4 taken in good faith." 28 U.S.C. § 1915(a)(3); see also Hooker v.
5 American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (construing
6 "not in good faith" to mean frivolous). An appeal is frivolous if
7 it "lacks an arguable basis either in law or in fact." Neitzke v.
8 Williams, 490 U.S. 319, 325 (1989). "If the district court denies
9 the motion, it must state its reasons in writing." Fed. R. App.
10 P. 24(a)(2).

11 In the July 21, 2014 Order, the Court (1) dismissed Mallari's
12 sole federal claim, alleging a violation of 42 U.S.C. § 1983,
13 because Mallari lacked standing to bring the claim; (2) dismissed
14 his new state law claims for negligence and intentional infliction
15 of emotional distress (IIED) because the Court had precluded him
16 from asserting new claims in his second amended complaint, and
17 because he had failed to allege sufficient facts to state claims
18 for negligence and IIED; and (3) dismissed his claim under
19 title 22, section 74669(d) of the California Code of Regulations
20 because Mallari failed to demonstrate that any state or federal
21 court has recognized that a plaintiff may bring a claim against
22 California Department of Public Health employees for violating
23 section 74669(d), and because Mallari acknowledged that he had not
24 exhausted his administrative remedies under state law.

25 There are no valid grounds upon which an appeal can be based.
26 Accordingly, Mallari's application is DENIED, and this Court

2

CERTIFIES that his appeal is frivolous and therefore is not taken in good faith.[2]

CONCLUSION

For the reasons set forth above, Mallari's motion for extension of time (Docket No. 45) iS DENIED, and his motion for leave to proceed IFP (Docket No. 46) is DENIED. Pursuant to Federal Rules of Appellate Procedure 24(a)(4)(A) and (B), the Clerk shall notify the Ninth Circuit that this Court has denied Mallari's motion to proceed IFP and certified that his appeal is not taken in good faith.  Pursuant to Rule 24(a)(5), Mallari may file a motion for leave to proceed IFP on appeal in the Court of Appeals within thirty (30) days after service of notice of this order.

IT IS SO ORDERED.

Dated:   8/22/2014

CLAUDIA WILKEN
United States District Judge

---

[2] Additionally, this Court would deny Mallari's application on its merits based on the form that he submitted, which shows that Mallari and his wife have gross monthly income of $9,166.66 and monthly expenses totaling $7,850.00.

3